NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MAURICE L. MARTIN,                          )
DOC #740326,                                )
                                            )
              Appellant,                    )
                                            )
v.                                          )     Case No. 2D18-2615
                                            )
STATE OF FLORIDA,                           )
                                            )
              Appellee.                     )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Sarasota County; Stephen Walker
and Debra Johnes Riva, Judges.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

              Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.